CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 13 2005
JOHN F. CORCORAN, CLERK
BY: /s/ HMcDaniel
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARLOS ORTIZ,<br>Petitioner, | Civil Action No. 7:05CV00512 |
| v. | **FINAL ORDER** |
| BLEDSOE,<br>Respondent. | By: Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

### ADJUDGED AND ORDERED

that this action brought by the petitioner pursuant to 28 U.S.C. § 2241 shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER:** This 13th day of September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge